**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1714**

---

CARL CHAPMAN,

Plaintiff - Appellant,

versus

TRUSTEES OF THE UNITED MINE WORKERS HEALTH &
RETIREMENT FUNDS,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.
(CA-99-183-1)

---

Submitted:  November 20, 2000          Decided:  January 5, 2001

---

Before WILKINS and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John M. Lamie, BROWNING & LAMIE, P.C., Abingdon, Virginia, for Appellant.  Glenda S. Finch, Deputy General Counsel, Kathleen M. Dowd, Assistant General Counsel, UMWA HEALTH & RETIREMENT FUNDS, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Chapman appeals the district court's final judgment upholding the denial of disability benefits by the Trustees of the United Mine Workers of America 1974 Pension Trust. We find that the Trustees' decision was supported by substantial evidence and was not an abuse of discretion. Accordingly, we affirm on the reasoning of the district court. See Chapman v. Trustees of the UMW Health & Retirement Funds, No. CA-99-183-1 (W.D. Va. Apr. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED